UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS FRANK OWEN,

    Plaintiff,

vs.                                    CASE NO.: 3:10-cv-286-MCR/CJK

DAVID MORGAN, Sheriff of
Escambia County, Florida: Deputy
Sheriff JOHN MATTHEW WATKINS,

    Defendants.
_____/

## JOINT MOTION TO STAY MEDIATION

The parties to this action, by and through undersigned counsel, move this Court for the entry of an order staying mediation in this case until such time as Defendant's Motion for Summary Judgment and any appeals related to that motion are resolved. In support thereof, the parties would show:

1.    Plaintiff's complaint in this case is brought against this Defendant, John Matthew Watkins, in his individual and official capacity, alleging utilization of excessive force during the course of the apprehension of the Plaintiff after he had engaged in the felony crime of robbing a bank. Plaintiff has also brought an official capacity claim against the Sheriff of Escambia County, Florida, alleging there existed a policy custom or practice of allowing the use of excessive force in apprehending suspects with a K-9 dog or failing to adequately train and supervise those individuals using K-9 dogs for apprehension purposes.

2.    On November 2, 2010, this Court entered the Final Scheduling Order and Mediation Referral, setting dates for the completion of discovery and for engaging in mediation. (Doc. 25)

3. Defendant Watkins in this case has submitted a motion for summary judgment on the claims made against him in his individual capacity: that he utilized excessive force in the deployment of his K-9 dog in order to apprehend the Plaintiff. Defendant Watkins sought judgment in this favor both on the issue of the use of force and his entitlement to qualified immunity. (Doc. 44) Plaintiff has responded to Defendant's motion.

4. Although the parties have discussed the prospect of mediation, the fact that Plaintiff remains incarcerated in the custody of the State of Florida, Department of Corrections, serves to complicate the mediation process. This includes the fact that counsel for the Plaintiff, counsel for the Defendant, the Mediator and the Defendant or his representative, including his insurer, will all be forced to travel to Chipley, Florida, to engage in mediation at the Northwest Florida Reception Center facility where Plaintiff is incarcerated. Moreover, and more significantly, until such time as Defendant's Motion for Summary Judgment is resolved, it is highly unlikely that the Defendant or his insurer, will tender any offer to the Plaintiff to settle this claim.

5. As a result, engaging in mediation at the present time would be an exercise in futility and certainly result in the needless expenditure of monies by the parties for an exercise that is highly unlikely to reap any benefits.

5. Although there may be a point in time when mediation may be productive and the parties are more then agreeable to engaging in mediation at that point in time, at the present time the parties all concur that the process would not be productive and therefore request that this Court's previous order requiring mediation to be stayed until such time as Defendant's Motion for Summary Judgment and any appeals related to that motion are resolved.

WHEREFORE, the parties, by and through undersigned counsel, move this Court for the entry of an Order staying mediation as set forth above.

Respectfully submitted,

*/s/ James R. Murray*
JAMES R. MURRAY
Florida Bar No. 0299162
jrmurraylaw@hughes.net
JULIA O. MURRAY, ESQ.
Florida Bar No.: 364827
juliamurray@hughes.net
James R. Murray, P.A.
420 E. Pine Avenue
Crestview, Florida 32536
Tel: (850) 982-6165
Fax: (850) 682-8343

*/s/ Keith C. Tischler*
KEITH C. TISCHLER
Florida Bar No. 0334081
kct@jollylaw.com
2145 Delta Blvd., Suite 200
Tallahassee, Florida 32303
Post Office Box 37400
Tallahassee, Florida 32315
Tel: (850) 422-0282
Fax: (850) 422-1913

*Attorney for Defendant Sheriff Morgan and Defendant Watkins*

*/s/ Eric D. Stevenson*
ERIC D. STEVENSON
Florida Bar No. 144495
eric@davidsellers.com
919 North 12th Avenue
Pensacola, Florida 32501
Tel: (850) 434-5395
Fax: (850) 469-0043

*Attorneys for Plaintiff*

*/s/ Ginger L. Barry*
GINGER L. BARRY
Florida Bar No. 0294550
gbarry@broadandcassel.com
200 Grand Blvd., Suite 205-A
Destin, Florida 32550
Tel: (850) 269-0148
Fax: (850) 521-1452

*Attorney for Defendant Watkins*