UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS FRANK OWEN,

    Plaintiff,

vs.                                  CASE NO.: 3:10-cv-286-MCR/CJK

DAVID MORGAN, Sheriff of
Escambia County, Florida: Deputy
Sheriff JOHN MATTHEW WATKINS,

    Defendants.
_____/

## REPORT OF PARTIES IN RESPONSE TO ORDER OF APRIL 18, 2012 (DOC. 72)

Plaintiff and Defendants, by and through undersigned counsel, respond to this Court's Order of April 18, 2012 (Doc. 72) and submit the following:

1. This case is a jury trial.

2. The parties suggest that four (4) days may be required for trial in this matter.

3. Plaintiff's co-counsel, James Murray, advises the Court he will be out of the country during the last week of July and the first week of August, 2012, and has a scheduled conflict the week of July 8, 2012. Defendants' counsel advises this Court of a possible conflict from November 26 through December 14, 2012, as a result of being notified of the likelihood of being placed on a trial docket in another case to be tried in the Panama City Division of the Northern District of Florida. Defendants' counsel also will be out of state from June 9 through June 17, 2012, performing mission work in Tennessee and has a pre-paid family vacation during the week of July 1, 2012. Counsel requests consideration of these conflicts as the Court determines any trial dates for this case.

1

Respectfully submitted this 24th day of April 2012.

/s/ James R. Murray
JAMES R. MURRAY, ESQ.
Florida Bar No. 0299162
jrmurraylaw@hughes.net
JULIA O. MURRAY, ESQ.
Florida Bar No.: 364827
juliamurray@hughes.net
James R. Murray, P.A.
420 E. Pine Avenue
Crestview, Florida 32536
Tel: (850) 982-6165
Fax: (850) 682-8343

/s/ Keith C. Tischler
KEITH C. TISCHLER
Florida Bar No. 0334081
kct@jollylaw.com
Jolly & Peterson, P.A
2145 Delta Blvd., Suite 200
Tallahassee, Florida 32303
Post Office Box 37400
Tallahassee, Florida 32315
Tel: (850) 422-0282
Fax: (850) 422-1913
**Attorney for Defendants**

/s/ Eric D. Stevenson
ERIC D. STEVENSON
Florida Bar No. 144495
eric@davidsellers.com
919 North 12th Avenue
Pensacola, Florida 32501
Tel: (850) 434-5395
Fax: (850) 469-0043

**Attorneys for Plaintiff**