IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS FRANK OWEN,

    Plaintiff,

v.                              CASE NO. 3:10-cv-286-MW/CJK

DAVID MORGAN, Sheriff of
Escambia County, Florida;
Deputy Sheriff JOHN MATTHEW
ATKINS; and other yet to be
identified Escambia County
Deputy Sheriffs,

    Defendants.

_____/

## ORDER GRANTING MOTION TO RESCHEDULE TRIAL

The Court has considered, without hearing, the Notice of Conflict/Consented Motion to Reschedule or Continue Trial, ECF No. 78, filed February 20, 2013. The Court **GRANTS** the motion. The Clerk shall issue an Amended Order for Pretrial Conference.

SO ORDERED on February 21, 2013.

                                          s/Mark E. Walker        
                                          United States District Judge